SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff,<br><br>   vs.<br><br>Ravinder Athwal, et al,<br><br><br><br>     Defendants | Case No.: CIV.S 09-cv-03538-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF RAVINDER ATHWAL; TARNSIT ATHWAL AND ORDER**<br><br>Complaint Filed: DECEMBER 22, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Ravinder Athwal; Tarnsit Athwal) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant.


Dated: April 2, 2010                    /s/Scott N. Johnson_____
                                                         SCOTT N. JOHNSON
                                                         Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                   CIV: S-09-03538-JAM-DAD

**IT IS SO ORDERED**.

Dated:   April 2, 2010     /s/ John A. Mendez
                           U.S. DISTRICT COURT JUDGE

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                       CIV: S-09-03538-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com